UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID B. HEARNE, ) <br> ) <br> Defendant. ) | Cause No. 2:09-CR- <br><br> **2:09-cr-0003 WTL-CMM** |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about the 7th day of November 2008, at the Federal Correctional Complex, Terre Haute, Indiana, in the Southern District of Indiana,

DAVID B. HEARNE,

Defendant herein, did forcibly assault, resist, oppose, impede, intimidate or interfere with a female employee of the United States Department of Justice, Federal Bureau of Prisons, while said employee was engaged in or on account of the performance of official duties, and in the commission thereof, DAVID B. HEARNE did inflict bodily injury upon the said female employee; which being in violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT 2

On or about the 7th day of November 2008, at the Federal Correctional Complex, Terre Haute, Indiana, in the Southern District of Indiana,

DAVID B. HEARNE,

Defendant herein, did forcibly assault, resist, oppose, impede, intimidate or interfere with a male employee of the United States Department of Justice, Federal Bureau of Prisons, while said employee was engaged in or on account of the performance of official duties, and in the commission thereof, DAVID B. HEARNE did inflict bodily injury upon the said male employee; which being in violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

FOREPERSON

TIMOTHY M. MORRISON
United States Attorney

by: James M. Warden
Assistant United States Attorney

2