

**U.S. Department of Justice**
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

---

Springfield, MO 65801-4000

October 2, 2009

The Honorable William T. Lawrence
United States District Judge
Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio St., Rm 105
Indianapolis, IN 46204

FILED
UNITED STATES DISTRICT COURT
OCT. 14 2009
Southern District of Indiana
Indianapolis Division

RE: HEARNE, David B.
    Reg. No. 27305-016
    Docket No. 2:09-cr-003-WTL-CMM-01

Dear Judge Lawrence:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on September 30, 2009, for psychological / Psychiatric evaluation pursuant to Title 18 U.S.C. 4241(d). Inmate Hearne will remain at this facility for up to 120 days to determine his competency to stand trial. The final staffing date is scheduled for January 26, 2010. A copy of the requested psychological study will follow. Additionally, we respectfully request that the attorneys assigned to the case, forward relevant records to the assigned clinician.

If you have any questions or require additional information, Mr. Jones is being seen by Dr. Christina Pietz. Dr. Pietz may be reached at (417) 862-7041, extension 1444.

Sincerely,

J. M. Roberts
Unit Manager
Mental Health Unit