UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:09-cr-3-WTL-CMM-1 |
| | ) | |
| DAVID B. HEARNE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON COMPETENCY HEARING

On March 9, 2010, the Court conducted a competency hearing as to the Defendant. Neither the Defendant, nor the Government objected to the Certificate of Competency provided to the Court (Docket No. 23). The Court inquired of the Defendant and now finds that the preponderance of evidence demonstrates that Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

This matter shall be set for trial under a separate order.

SO ORDERED:

Copies to:

James C. McKinley
Indiana Federal Community Defenders
jim.mckinley@fd.org

James Marshall Warden
United States Attorney's Office
james.warden2@usdoj.gov

U.S. Marshals Service

U.S. Probation Office