UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 2:09-cr-003-WTL-CMM-1 |
| vs. | ) | |
| | ) | |
| DAVID B. HEARNE, | ) | |
| | ) | |
| *Defendant.* | ) | |

**COURTROOM MINUTES FOR JUNE 24, 2010**
**CRIMINAL PROCEEDINGS**
**HON. WILLIAM T. LAWRENCE, JUDGE**

GOVERNMENT APPEARS BY: Jim Warden
DEFENDANT IN PERSON AND WITH COUNSEL: Bill Dazey
PROBATION OFFICER PRESENT: Michelle Fitzgerald
COURT REPORTER: Cathy Jones

Defendant appears in person and with counsel for a hearing on defendant's Petition to Enter a Plea of Guilty.

The Court inquires of the defendant if the defendant understands the rights that the defendant will relinquish if the Court accepts the defendant's plea of guilty to the Count Two of the Indictment. Based on the questions asked of the defendant by the Court and the defendant's responses to those questions, the Court is satisfied that the defendant is competent to enter a plea of guilty and that the defendant's plea is made knowingly and willingly. After hearing and accepting the factual basis for the plea as presented by Agent Edward Wheele, the Court ACCEPTS the defendant's plea of guilty to the Count Two of the Indictment and adjudges the Defendant guilty.

The sentencing phase of the hearing begins and the Court sentences the Defendant.

The Government moves to dismiss Count One of the Indictment and will follow up with a written motion.

Defendant is remanded to U.S. Marshal Service.

Distribution:

U.S. Probation Office

U.S. Marshal Service

William H. Dazey Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

James Marshall Warden
UNITED STATES ATTORNEY'S OFFICE
james.warden2@usdoj.gov