UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 2:09-CR-003-WTL-CMM |
| DAVID B. HEARNE, | ) |
| Defendant. | ) |

**ORDER**

This matter came before the Court on the MOTION TO DISMISS COUNT 1 of the Indictment. The Motion requests the dismissal of Count 1 herein pursuant to the plea agreement whereby the Defendant, DAVID B. HEARNE, guilty to and was convicted of Count 2 herein.

The Court having considered said Motion and being sufficiently advised in the premises, now hereby GRANTS said Motion and ORDERS Count 1 against the Defendant, DAVID B. HEARNE, DISMISSED.

IT IS SO ORDERED this 28th day of June, 2010.

Copy to:

James M. Warden
United States Attorney's Office
James.Warden2@usdoj.gov

William Dazey
bill.dazey@fd.org

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana