The United State's District Court For the District of Indiana. . . .

Petitioner, David Hearnes.
#27305-016.

Submitted Date - 9-3-2010.

− VS −

Warden Ms. Marberry-
- Correctional Officer's-
- etc, All, Defendant{S}-
- Address: United State's-
- Federal Penitentiary, P.-
- O. Box #12015, Terre-
- Haute Indiana, 47801. . . .

Criminal Case:

_____.
Honorable Judge.

    Writ of Habeas Corpus: Requesting to Withdrawl-
- Guilty Plea, And to Vacate, or Reduce Sentence, Pursuant to Local Rule 16-1901. . . .

    Your Honor: Petitioner David-
- Hearnes, whom Respectfully. Submit's this " Writ of Habeas-
- Corpus", to the Honorable Judge of the Court. Respectfully Requesting, for the Committed Honorable Judge of the Court, to whom Sentenced Petitioner David Hearnes, by Sentenceing Him under the Wrong, Guideline's, And going Against the Trial m-
anual, of the Judge's Procedure's. To " Grant " Petitioner Hear-
n

Page⟨1⟩.  →

→nes, Writ of Habeas Corpus An to WithDrawl His Guilty-Plea, An to Vacate or Reduce Petitioner Hearnes, Sentence to A, Lower Sentence. And Commit Petitioner David Hearnes, to A, Mental Hospital Civil Ward, Until Petitioner Hearnes, Sentence Is Completed And Rehabilitate without the use of no, medication's An the Supervision of no, Doctor's An Psychologist. Your Honor, this Writ of Habeas Corpus Is to Support the Petitioner Hearnes, Motion For Sentence Reduction. And All of the Supporting Fact's Are In the Motion An Writ. Your Honor, Petitioner David Hearnes, Respectfully Request to the Honorable, Judge to "Grant" Him All proceeding's In proceeding with this Case, An that Petitioner David Hearnes, Do have the $money In his Prisoner Account, An He And his Counselor Mrs. Omanstead, Is Currently In process to Have the $Ten.Dollars, WithDrawled out of His Prison Account. To Pay For both, Writ of Habeas Corpus And Motion $Five.Dollar, Court Fee, Along with Informal Pauper's Affidavit, to support that Petitioner will Pay For his Court Fee. A, Copy of David Hearnes, Account, will be Sent to the Honorable Judge of the Court, when Petitioner Hearnes, Receive His Account Sheet From Counselor. . . .

"I, Declare Under Penalty of Perjury that the Above Information Is True And Correct". . . .

9-3-2010
Date.

Respectfully, Submitted
By: David Hearnes.

Page(2).