

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION
2011 MAR 14 AM 9:21
SOUT... 
OF INDIANA DISTRICT
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES
DISTRICT     COURT

UNITED STATES OF AMERICA

1:209 CR 403001
CRiminal Action number

VS
DAVID BENARD HEARN

SUGGESTION OF DEATH UPON
THE RECORD UNDER RULE 25(a)(1)

Comes now (David Benard Hearn) as Personal
Representative of (DAVID BENARD HEARNE)
SUGGEST'S upon the Record, pursuant to
Rule 25(a)(1) The death of (DAVID BENARD
HEARNE) during the Pendence of the
action.

affidavit to Appoint (David Benard Hearne) natural Born Person, as "Personal Representative" of (DAVID BENARD HEARNE) In case of "DEATH".

I DAVID BENARD HEARNE SHALL BE DECEASED AS of JANUARY 1, 2011 BY COMMITING SUICIDE IN A PRIVATE LOCATION OUTSIDE THE VIEW OF "NORMAL VISION" ONLY IN THE EYES of (GOD) I SHALL be SET FREE WITH ALL LIBERTIES Restored.

THis affidavit is the truth Whole truth and nothing but the truth so help me GOD.

DAVID BENARD HEARNE

Signature of affiant

DECEMBER 1, 2010

DATE

PAGE ONE

Certificate of Servier

On 3-11-2011  I (David Benard Hearne)
natural Born American Resident, as Representative
of (DAVID BENARD HEARNE) Placed
this SUGGESTion of DEATH Rule 25(a)(1) to
be NOTED upon the Record and
by Placing this In the united STaTES
POSTal mail, TO be Dilivered to
THE united STaTES DISTRICT COURT
Clerk FOR filing.

ADDRESS of COURT
Clerk of the U.S. District court
   921 OHIO Street Room 104
Terre Haute, IN 47807

ADDRESS of SUGGESTING PARTY

   David Benard Hearn - Natural Person
   U.S. PENITENTIARY MAX
   PO BOX 8500
   FlORENCE, CO. 81226-8500