David B. Hearne #20305-016
ADX Max USP Florence
PO Box 8500
Florence, CO 8500

Dear Clerk

I would like a Docket Sheet or criminal case #2:09CR00003-001 Thank you for your time have a good day. David B. Hearne #20305-016

RECEIVED
MAR 21 2011
U.S. CLE... ...
TERRE HAUTE, INDIANA